UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-76-H

| | | |
|---|---|---|
| ROBERTA SPILKER, *individually and as Executrix of the Estate of Franklin J. Spilker, Jr., deceased* | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| MEDTRONIC, INC., MEDTRONIC CRYOCATH, LLP | ) ) ) | |
| Defendant, | ) ) | |
| v. | ) ) | |
| PITT COUNTY MEMORIAL HOSPITAL, INC., d/b/a VIDANT MEDICAL CENTER | ) ) ) ) | |
| Objector, | ) ) | |
| v. | ) ) | |
| ECRI INSTITUTE, | ) ) | |
| Movant. | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. The parties are directed to file their Stipulation of Dismissal With Prejudice on or before  June 13, 2015  .

The Clerk of Court is directed to remove this matter from the court's pretrial and trial calendars.

This __30th__ day of __April__, 2015.

_____
Malcolm J. Howard
Senior U.S. District Judge